# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KOGOS, WILLIAM M. | § | Case No. 10-05807 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. BROWN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK, U.S. BANKRUPTCY COURT
7th Floor, Federal Building
219 South Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 11/16/2012 in Courtroom 4016,

DuPage County Courthouse
505 North County Farm Road
Wheaton, IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: _____

*DAVID R. BROWN*
*400 SOUTH COUNTY FARM ROAD*
*SUITE 330*
*WHEATON, IL 60187*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                    §
                                          §
KOGOS, WILLIAM M.                         §      Case No. 10-05807
                                          §
          Debtor(s)                       §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 10,000.00 |
| and approved disbursements of | $ | 113.06 |
| leaving a balance on hand of[1] | $ | 9,886.94 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DAVID R. BROWN | $ 1,750.00 | $ 0.00 | $ 1,750.00 |
| Attorney for Trustee Fees: SPRINGER, BROWN, COVEY, GAERTNER | $ 4,643.00 | $ 0.00 | $ 4,643.00 |
| Charges: CLERK, U.S. BANKRUPTCY COURT | $ 250.00 | $ 0.00 | $ 250.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 6,643.00 |
| Remaining Balance | $ 3,243.94 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 23,894.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.6 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | $ 1,202.55 | $ 0.00 | $ 163.26 |
| 2 | Chase Bank USA,N.A | $ 893.83 | $ 0.00 | $ 121.35 |
| 3 | Jamie Kogos | $ 16,247.67 | $ 0.00 | $ 2,205.84 |
| 4 | Paul Kogos | $ 600.00 | $ 0.00 | $ 81.46 |
| 5 | Gus Stamas | $ 1,950.00 | $ 0.00 | $ 264.74 |
| 7 | Joey Caruso | $ 3,000.00 | $ 0.00 | $ 407.29 |

    Total to be paid to timely general unsecured creditors      $ 3,243.94

    Remaining Balance      $ 0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/  David R. Brown
David R. Brown, Trustee

*DAVID R. BROWN*
*400 SOUTH COUNTY FARM ROAD*
*SUITE 330*
*WHEATON, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 10-05807-DRC
William M. Kogos                                                                Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: dross              Page 1 of 3            Date Rcvd: Oct 12, 2012
                               Form ID: pdf006          Total Noticed: 56


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2012.
```
db         +William M. Kogos,    1101 Iroquois - #1130,    Naperville, IL 60563-9391
aty        +Springer, Brown, Covey, Gaertner & Davis LLC,    Springer, Brown, Covey, Gaertner & Davis,
            232 South Batavia Ave,    Batavia, IL 60510-3172
15104795   +Advocate Good Samaritan Hospital,    3815 Highland Avenue,    Downers Grove, IL 60515-1590
15104796   +Aes/Wachovia,    P.O. Box 2461,    Harrisburg, PA 17105-2461
15104797   +Alan Villanueva DMD,    7546 N. Janes Avenue,    Woodridge, IL 60517-2926
15104798   +Alliance Clinical Association,    c/o Law Offices of Joel Cardis, LLC,    2006 Swede Rd., Suite 100,
            Norristown, PA 19401-1787
15104799    Amoco Oil,    P.O. Box 15325,    Wilmington, DE 19886-5325
15104800   +Blatt. Hasenmiller et al,    125 S. Wacker Drive,    Suite 400,    Chicago, IL 60606-4440
15104802   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
            (address filed with court: Capital 1 Bank,    c/o TSYS Debt Managment,    P.O. Box 5155,
            Norcross, GA 30091)
15104804   +Carson Pirie Scott,    140 Industrial Drive,    Elmhurst, IL 60126-1602
15104806   +Central DuPage Hospital,    25N Winfield Road,    Winfield, IL 60190-1295
15104807    Charter One,    P. O. Box 9665,    Providence, RI 02940-9665
15104808   +Chase BP,    P.O. Box 15298,    Wilmington, DE 19850-5298
16590749    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16701570   +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
15104809   +Comcast,    c/o Credit Protection Assocs.,    13355 Noel Road, Ste. 2100,    Dallas, TX 75240-6837
15104811   +Credit Management LP,    4200 International Parkway,    Carrollton, TX 75007-1912
15104812   #+Dennis S. Asensio, MD,    2765 Maple Avenue,    Lisle, IL 60532-3280
15104818   +ERSolutions, Inc.,    800 SW 39th Street,    P.O. Box 9004,    Renton, WA 98057-9004
15104813   +Edward Hospital,    801 S. Washington,    Naperville, IL 60540-7499
15104814   +Edward Hospital & Health Service,    801 S. Washington St.,    Naperville, IL 60540-7499
15104815   +Edward Hosptial & Health Service,    801 S. Washington St.,    Naperville, IL 60540-7499
15104817   +Elmhurst Radiologist,    P.O. Box 1035,    Bedford Park, IL 60499-1035
15104820   +Good Samaritan Hospital,    P.O. Box 93548,    Chicago, IL 60673-3548
15104821   +Gus Stamas,    45 Westwood Court,    La Grange, IL 60525-4411
15104823   +HSBC - Best Buy Co.,    P.O. Box 15519,    Wilmington, DE 19850-5519
15104822   +Harris Bank,    111 E.Monroe Street,    Chicago, IL 60603
15104825    Illinois Collection Serv. Inc.,    P.O. Box 1010,    Tinley Park, IL 60477-9110
15104826    Jamie Kogos,    40W770 Stoneridge Court,    Elgin, IL 60124-8175
15104827   +Joey Caruso,    1636 Berwyn Avenue,    Chicago, IL 60640-2006
15104828   +Joseph & Connie Caruso,    495 park Manor Court,    Elmhurst, IL 60126-4646
16960477   +Joseph D. Caruso and Constance L. Caruso,    c/o Charles S. Stahl, Jr.,
            Swanson, Martin & Bell, LLP,    2525 Cabot Drive, Suite 204,    Lisle, IL 60532-3628
15104829   +Keynote Counseling, Inc.,    220 W. Campus Drive #102,    Arlington Heights, IL 60004-1498
15104831   +Linden Oaks Hospital,    852 South West Street,    Naperville, IL 60540-6400
15104832   +M W S,    c/o Illinois Collection SE,    8231 185th Street, Ste 100,    Tinley Park, IL 60487-9356
15104834   +Merchants Credit Guide,    223 W Jackson Blvd., Ste 4,    Chicago, IL 60606-6908
15104841   +Paragon Wat,    2101 West Ben Whit,    Austin, TX 78704-7516
15104842    Paul Kogos,    c/o Jamie Kogos,    40W770 Stoneridge Ct.,    Elgin, IL 60124-8175
15104843   +Riverside P & C Assocs,    1341 Warren Avenue,    Downers Grove, IL 60515-3401
15104844   +Sears/cbsd,    P.O. Box 6189,    Sioux Falls, SD 57117-6189
15104845   +Shell Oil/Citibank,    Centralized Bankruptch,    P.O. Box 20507,    Kansas City, MO 64195-0507
15104846   +Shell/Citi,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
15104847   +Transworld Systems, Inc.,    1375 East Woodfield Rd.,    Suite 110,    Schaumburg, IL 60173-5423
15104848   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
            (address filed with court: US Bank,    c/o US Bancorp Service Center,    P.O. Box 6340,
            Fargo, ND 58125)
15104849    US Department of Education,    P.O. Box 5609,    Greenville, TX 75403-5609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15104794   +E-mail/Text: GINA.ALLEN@AURORA.ORG Oct 13 2012 00:30:10     ACL Laboratories,
            8901 West Lincoln Avenue,    Milwaukee, WI 53227-2409
15104810   +E-mail/Text: legalcollections@comed.com Oct 13 2012 00:29:24     ComEd,    P.O. Box 6111,
            Carol Stream, IL 60197-6111
15104816   +E-mail/Text: RDEVRIE@EMHC.ORG Oct 13 2012 00:29:41     Elmhurst Memorial Hospital,
            P.O. Box 92348,    Chicago, IL 60675-2348
15104819   +E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2012 00:36:39     Gemb/jcp,    P.O. Box 981402,
            El Paso, TX 79998-1402
15104830   +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 13 2012 00:27:23     Kohl's/Chase,
            N56 W17000 Ridgewood Drive,    Menomonee Falls, WI 53051-5660
15104837   +Fax: 847-227-2151 Oct 13 2012 02:06:24     MRSI,    2250 E. Devon Avenue,    Suite 352,
            Des Plaines, IL 60018-4521
15104833    Fax: 847-227-2151 Oct 13 2012 02:06:24     Medical Recovery Specialists,    2250 E Devon Avenue,
            Suite 352,    Des Plaines, IL 60018-4519
15104836    E-mail/Text: mmrgbk@miramedrg.com Oct 13 2012 00:32:40     MiraMed Revenue Group, LLC,
            P.O. Box 536,    Linden, MI 48451-0536
15104838   +E-mail/Text: bankruptcydepartment@ncogroup.com Oct 13 2012 00:33:19     NCO Financial,
            P.O. Box 15889,    Wilmington, DE 19850-5889
15104839    E-mail/Text: bankrup@nicor.com Oct 13 2012 00:26:40     Nicor Gas,    Attn: Bankruptcy Department,
            1844 Ferry Rd.,    Aurora, IL 60507
```

```
District/off: 0752-1           User: dross            Page 2 of 3           Date Rcvd: Oct 12, 2012
                               Form ID: pdf006        Total Noticed: 56
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
15104840     +E-mail/Text: clientservices@northwestcollectors.com Oct 13 2012 00:31:15
               Northwest Collections Inc.,   3601 Algonquin Road,   Rolling Meadows, IL 60008-3143
                                                                              TOTAL: 11
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15104803*  ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,   P.O. Box 85520,   Richmond, VA 23285)
15104801   ##+Candace L. Kogos,   1494 W. Jefferson Avenue,   Naperville, IL 60540-5083
15104805   ##+Carson Pirie Scott,   P.O. Box 5953,   Carol Stream, IL 60197-5953
15104824   ##+HSBC Best Buy,   Bankruptcy,   PO Box 6985,   Bridgewater, NJ 08807-0985
15104835   ##+Midwest Heart Specialists,   1919 S. Highland Avenue,   Suite 118C,   Lombard, IL 60148-6231
                                                                      TOTALS: 0, * 1, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 14, 2012**                          **Signature:**   _Joseph Speetjens_

District/off: 0752-1                 User: dross                 Page 3 of 3                 Date Rcvd: Oct 12, 2012
                                     Form ID: pdf006             Total Noticed: 56


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2012 at the address(es) listed below:
          Charles S. Stahl, Jr.   on behalf of Defendant Constance Caruso cstahl@smbtrials.com
          David R Brown    on behalf of Trustee David Brown dbrown@springerbrown.com,
           marigonzo@springerbrown.com;jill@springerbrown.com
          David R Brown    dbrown@springerbrown.com,   dbrown@ecf.epiqsystems.com;jill@springerbrown.com
          Joshua D Greene   on behalf of Plaintiff David Brown jgreene@springerbrown.com,
           sellis@springerbrown.com
          Michele M Springer    on behalf of Trustee David Brown mspringer@springerbrown.com,
           marigonzo@springerbrown.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Terence M Fenelon   on behalf of Debtor William Kogos tmf523@comcast.net
                                                                                        TOTAL: 7