UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                §
                                      §
                                      §
WILLIAM M. KOGOS                      §    Case No. 10-05807
                                      §
        Debtor(s)                     §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    DAVID R. BROWN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $      (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $      from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter   on           . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/DAVID R. BROWN_____
                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID R. BROWN | | | | | |
| UNION BANK | | | | | |
| U. S. BANKRUPTCY COURT CLERK | | | | | |
| SPRINGER BROWN, LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Candace L. Kogos 1494 W. Jefferson Avenue Naperville, IL 60540 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | ACL Laboratories 8901 West Lincoln Avenue Milwaukee, WI 53227 |  |  |  |  |  |
|  | Advocate Good Samaritan Hospital 3815 Highland Avenue Downers Grove, IL 60515 |  |  |  |  |  |
|  | Aes/Wachovia P.O. Box 2461 Harrisburg, PA 17105 |  |  |  |  |  |
|  | Alan Villanueva DMD 7546 N. Janes Avenue Woodridge, IL 60517 |  |  |  |  |  |
|  | Alliance Clinical Association c/o Law Offices of Joel Cardis, LLC 2006 Swede Rd., Suite 100 Norristown, PA 19401 |  |  |  |  |  |
|  | Amoco Oil P.O. Box 15325 Wilmington, DE 19886-5325 |  |  |  |  |  |
|  | Capital One P.O. Box 85520 Richmond, VA 23285 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Carson Pirie Scott 140 Industrial Drive Elmhurst, IL 60126 | | | | | |
| | Central DuPage Hospital 25N Winfield Road Winfield, IL 60190 | | | | | |
| | Charter One P. O. Box 9665 Providence, RI 02940-9665 | | | | | |
| | Chase BP P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Comcast c/o Credit Protection Assocs. 13355 Noel Road, Ste. 2100 Dallas, TX 75240 | | | | | |
| | ComEd P.O. Box 6111 Carol Stream, IL 60197 | | | | | |
| | Dennis S. Asensio, MD 2765 Maple Avenue Lisle, IL 60532 | | | | | |
| | Edward Hospital & Health Service 801 S. Washington St. Naperville, IL 60540 | | | | | |
| | Edward Hospital 801 S. Washington Naperville, IL 60540 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Edward Hosptial & Health Service 801 S. Washington St. Naperville, IL 60540 |  |  |  |  |  |
|  | Elmhurst Memorial Hospital P.O. Box 92348 Chicago, IL 60675 |  |  |  |  |  |
|  | Elmhurst Radiologist P.O. Box 1035 Bedford Park, IL 60499 |  |  |  |  |  |
|  | Gemb/jcp P.O. Box 981402 El Paso, TX 79998 |  |  |  |  |  |
|  | Good Samaritan Hospital P.O. Box 93548 Chicago, IL 60673 |  |  |  |  |  |
|  | Gus Stamas 45 Westwood Court La Grange, IL 60525 |  |  |  |  |  |
|  | Harris Bank 111 E.Monroe Street Chicago, IL 60690 |  |  |  |  |  |
|  | HSBC - Best Buy Co. P.O. Box 15519 Wilmington, DE 19850 |  |  |  |  |  |
|  | Jamie Kogos 40W770 Stoneridge Court Elgin, IL 60123 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Joey Caruso 1636 Berwyn Avenue Chicago, IL 60640 | | | | | |
| | Joseph & Connie Caruso 495 park Manor Court Elmhurst, IL 60126 | | | | | |
| | Kohl's/Chase N56 W17000 Ridgewood Drive Menomonee Falls, WI 53051 | | | | | |
| | Linden Oaks Hospital 852 South West Street Naperville, IL 60540 | | | | | |
| | M W S c/o Illinois Collection SE 8231 185th Street, Ste 100 Tinley Park, IL 60487 | | | | | |
| | Midwest Heart Specialists 1919 S. Highland Avenue Suite 118C Lombard, IL 60148 | | | | | |
| | Nicor Gas Attn: Bankruptcy Department 1844 Ferry Rd. Aurora, IL 60507 | | | | | |
| | Paul Kogos c/o Jamie Kogos 40W770 Stoneridge Ct. Elgin, IL 60123 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Riverside P & C Assocs 1341 Warren Avenue Downers Grove, IL 60515 | | | | | |
| | Sears/cbsd P.O. Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Shell/Citi P.O. Box 6497 Sioux Falls, SD 57117 | | | | | |
| | US Bank c/o US Bancorp Service Center P.O. Box 6340 Fargo, ND 58125 | | | | | |
| | US Department of Education P.O. Box 5609 Greenville, TX 75403-5609 | | | | | |
| 5 | GUS STAMAS | | | | | |
| 3 | JAMIE KOGOS | | | | | |
| 7 | JOEY CARUSO | | | | | |
| 4 | PAUL KOGOS | | | | | |
| 2 | N. A CHASE BANK USA | | | | | |
| 1 | N. A. CHASE BANK USA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 10-05807 | DRC | Judge: | Donald R Cassling | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|---|---|---|
| Case Name: | WILLIAM M. KOGOS | | | | Date Filed (f) or Converted (c): | 02/15/2010 (f) |
| | | | | | 341(a) Meeting Date: | 04/06/2010 |
| For Period Ending: | 01/20/2014 | | | | Claims Bar Date: | 03/15/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Sale of real property located at 4534 Normandy Dri | 9,467.00 | 9,467.00 | | 0.00 | FA |
| 2. Furnishings, furniture | 900.00 | 900.00 | | 0.00 | FA |
| 3. Clothing | 500.00 | 500.00 | | 0.00 | FA |
| 4. Jewelry | 300.00 | 300.00 | | 0.00 | FA |
| 5. IRA | 9,123.14 | 9,123.14 | | 0.00 | FA |
| 6. investment account | 3,396.05 | 3,396.05 | | 0.00 | FA |
| 7. 2000 Ford 2-door E-150 Van | 1,200.00 | 1,200.00 | | 0.00 | FA |
| 8. 1998 Jeep Cherokee 4-door SUV | 1,200.00 | 1,200.00 | | 0.00 | FA |
| 9. laptop computer | 200.00 | 200.00 | | 0.00 | FA |
| 10. Preference Litigation (u) | 0.00 | 0.00 | | 10,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)   $26,286.19   $26,286.19   $10,000.00   $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/15/2011   Current Projected Date of Final Report (TFR): 12/15/2012

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-05807 | Trustee Name: DAVID R. BROWN |
| Case Name: WILLIAM M. KOGOS | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX1572 |
| | Money Market Account (Interest Earn |
| Taxpayer ID No: XX-XXX7745 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/20/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/28/11 | 10 | JOSEPH AND CONSTANCE CARUSO 495 E Park Manor CourtElmhurst, IL 60126 | | 1241-000 | $10,000.00 | | $10,000.00 |
| 10/19/11 | | UNION BANK | bank charges | 2600-000 | | $24.58 | $9,975.42 |
| 11/10/11 | | UNION BANK | BANK SERVICE CHARGES | 2600-000 | | $22.12 | $9,953.30 |
| 12/20/11 | | UNION BANK | Bank Charges | 2600-000 | | $22.12 | $9,931.18 |
| 01/17/12 | | UNION BANK | Bank Charges | 2600-000 | | $22.12 | $9,909.06 |
| 01/25/12 | | UNION BANK | Bank Charges | 2600-000 | | $22.12 | $9,886.94 |
| 02/03/12 | | Transfer to Acct # XXXXXX3531 | Bank Funds Transfer | 9999-000 | | $9,886.94 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $10,000.00 | $10,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $9,886.94 |
| Subtotal | $10,000.00 | $113.06 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,000.00 | $113.06 |

Page Subtotals: $10,000.00   $10,000.00

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 10-05807  
Case Name: WILLIAM M. KOGOS  
Taxpayer ID No: XX-XXX7745  
For Period Ending: 01/20/2014  

Trustee Name: DAVID R. BROWN  
Bank Name: Congressional Bank  
Account Number/CD#: XXXXXX3531  
Checking Account  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/03/12 | | Transfer from Acct # XXXXXX1572 | Bank Funds Transfer | 9999-000 | $9,886.94 | | $9,886.94 |
| 11/29/12 | 101 | DAVID R. BROWN 400 SOUTH COUNTY FARM ROADSUITE 330WHEATON, IL 60187 | Chapter 7 Compensation/Expense | 2100-000 | | $1,750.00 | $8,136.94 |
| 11/29/12 | 102 | CLERK, U.S. BANKRUPTCY COURT 7th Floor, Federal Building219 South Dearborn StreetChicago, IL 60604 | Filing fee; adversary #10-01317 | 2700-000 | | $250.00 | $7,886.94 |
| 11/29/12 | 103 | SPRINGER, BROWN & DAVIS, LLC400 South County Farm RoadSuite 330Wheaton, IL 60187 | Attorney for Trustee Fees (Trustee | 3110-000 | | $4,643.00 | $3,243.94 |
| 11/29/12 | 104 | JAMIE KOGOS 40W770 Stoneridge CourtElgin, IL 60124-8175 | Claim 3, Payment 13.57635% | 7100-000 | | $2,205.84 | $1,038.10 |
| 11/29/12 | 105 | PAUL KOGOS c/o Jamie Kogos40W770 Stoneridge Ct.Elgin, IL 60124-8175 | Claim 4, Payment 13.57667% | 7100-000 | | $81.46 | $956.64 |
| 11/29/12 | 106 | GUS STAMAS 45 Westwood CourtLa Grange, IL 60525 | Claim 5, Payment 13.57641% | 7100-000 | | $264.74 | $691.90 |
| 11/29/12 | 107 | JOEY CARUSO 1636 Berwyn AvenueChicago, IL 60640 | Claim 7, Payment 13.57633% | 7100-000 | | $407.29 | $284.61 |
| 11/29/12 | 108 | CHASE BANK USA, N.A. PO Box 15145Wilmington, DE 19850-5145 | Claim 1, Payment 13.57615% | 7100-900 | | $163.26 | $121.35 |
| 11/29/12 | 109 | CHASE BANK USA,N.A c/o Creditors Bankruptcy ServiceP O Box 740933Dallas,Tx 75374 | Claim 2, Payment 13.57641% | 7100-900 | | $121.35 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $9,886.94 | $9,886.94 |
| Less: Bank Transfers/CD's | $9,886.94 | $0.00 |
| Subtotal | $0.00 | $9,886.94 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $9,886.94 |

Page Subtotals: $9,886.94   $9,886.94

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1572 - Money Market Account (Interest Earn | $10,000.00 | $113.06 | $0.00 |
| XXXXXX3531 - Checking Account | $0.00 | $9,886.94 | $0.00 |
| | $10,000.00 | $10,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $10,000.00 |
| Total Gross Receipts: | $10,000.00 |

Page Subtotals:    $0.00    $0.00